UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ENTERPRISE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FCA US, LLC, <br><br> Defendant. | Case No. 17-cv-03251-HRL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Lucy Koh for consideration of whether it is related to 16-cv-3551-LHK, *Mathew Enterprise, Inc. v. FCA US, LLC*.

**IT IS SO ORDERED.**

Dated: 6/8/2017

HOWARD R. LLOYD
United States Magistrate Judge